CENTRAL TRUST COMPANY OF NEW YORK, Respondent, *v.* NEW YORK AND WESTCHESTER WATER COMPANY et al., Appellants.

*Central Trust Co. of N. Y.* v. *N. Y. & Westchester Water Co.,* 68 App. Div. 640, affirmed.
(Argued June 22, 1903; decided October 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

January 29, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*William L. Snyder, Arthur J. Baldwin, Leonard D. Baldwin* and *Henry L. Rupert* for appellants.

*Arthur H. Van Brunt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, VANN, CULLEN and WERNER, JJ. Absent: MARTIN, J.